## UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| DEXTER DISTRIBUTION GROUP LLC F/K/A TEXTRAIL, INC., | ) ) ) | |
| *Plaintiff,* | ) ) | **Court No. 24-00019** |
| v. | ) ) | |
| THE UNITED STATES, | ) ) | **SUMMONS** |
| *Defendant.* | ) ) ) | |

TO:     The Attorney General and the U.S. Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

### 1.  Name and Standing of Plaintiff

Plaintiff in this action is Dexter Distribution Group LLC., f/k/a TexTrail, Inc. ("TexTrail"),[1] a U.S. importer of the merchandise at issue in the Enforce and Protect Act ("EAPA") proceeding before the U.S. Customs and Border Protection ("CBP") that resulted in the contested determination.  TexTrail is an interested party per 19 U.S.C. § 1517(a)(6).  Textrail is "a person determined to have entered such covered merchandise through evasion" thereby permitted to "see judicial review of the {EAPA} determination . . . in the United States Court of International Trade . . . ." 19 U.S.C. § 1517(g).  As a result of the contested determination, TexTrail is subject to Antidumping and Countervailing duties for entries as of March 19, 2019 and is therefore adversely affected or aggrieved with the meaning of Section 702 of the Administrative Procedure Act, as amended, 5 U.S.C. § 702.  TexTrail thus has standing to commence this action pursuant to 28 U.S.C. § 2631(i).

---

[1] TexTrail, Inc. was converted to a Delaware limited liability company (TexTrail LLC), which was then renamed to Dexter Distribution Group LLC ("DexKo") (*i.e.* there was a change in entity form, jurisdiction and name).

**2.**  **Brief Description of Contested Determination**

Plaintiff contests certain aspects of CBP's administrative determinations issued in EAPA Cons. Case No. 7549 in which it erroneously found that Plaintiff evaded the antidumping (A-570-090) & countervailing duty (C-570-091) order on Steel Trailer Wheels from China. *See* December 15, 2023 final administrative determination in EAPA case number 7549, including the August 7, 2023, CBP's Trade Remedy and Law Enforcement Directorate ("TRLED") Notice of Determination as to Evasion – EAPA Consolidated Case Number 7459.  Plaintiff maintains the imported products were not within the scope of the Orders, that it did not enter the products with a material or false statement within the meaning of the statute, that CBP denied due process and improperly suspended liquidation on entries of the subject merchandise. These determinations are contested pursuant to 19 U.S.C. § 1517(g).

This Summons is being filed within 30 business days of the completion of the EAPA investigation through CBP's issuance on December 15, 2023 of the final administrative determination, and is thus timely filed pursuant to 19 U.S.C. § 1517(g)(1).

**3.**   **Date of Determination**

The contested final administrative determination was issued on December 15, 2023.

**4.**  **Date of Publication in Federal Register of Notice of Contested Determination**

Not applicable - EAPA determinations are not published in the Federal Register.

Respectfully submitted,

**/s/ Nancy A. Noonan**
Nancy A. Noonan
Leah Scarpelli
Yun Gao

ARENTFOX SCHIFF LLP
1717 K Street, NW
Washington, DC 20006-5344
202-857-6479

*Counsel to Dexter Distribution Group LLC,*
*f/k/a TexTrail, Inc.*

Dated:  January 30, 2024