UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| DEXTER DISTRIBUTION GROUP LLC F/K/A TEXTRAIL, INC., <br><br> *Plaintiff*, <br><br> LIONSHEAD SPECIALTY TIRE AND WHEEL LLC, TRAILSTAR LLC, <br><br> *Consolidated Plaintiffs*, <br><br> ASIA WHEEL CO., LTD., <br><br> *Proposed Plaintiff-Intervenor*, <br><br> v. <br><br> THE UNITED STATES, <br><br> *Defendant,* <br><br> DEXSTAR WHEEL DIVISION OF AMERICANA DEVELOPMENT, INC., <br><br> *Defendant-Intervenor,* | Consol. Court No. 24-00019 |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

In accordance with Rule 56.2(a)(5) of the Rules of the Court of International Trade, counsel for the parties in the above-captioned action, Plaintiff Dexter Distribution Group LLC f/k/a TexTrail, Inc., Consolidated Plaintiffs, Lionshead Specialty Tire and Wheel LLC and Trailstar LLC, Proposed-Plaintiff Intervenor Asia Wheel Co., Ltd., Defendant, the United States, and Defendant-Intervenor, Dexstar Wheel Division of Americana Development, Inc. have consulted and respectfully submit the following Joint Status Report and Proposed Briefing Schedule.

1

I.    **JOINT STATUS REPORT**

In response to the questions set forth in CIT Rule 56.2(a)(5), the parties state the following:

A.    **Does the Court possess jurisdiction to entertain this action?**

This consolidated action challenges the U.S. Customs and Border Protection's ("CBP") final affirmative determination of evasion, issued under 19 U.S.C. § 1517(f), including its initial determination issued under 19 U.S.C. § 1517(c), pursuant to the Enforce and Protect Act ("EAPA") Consolidated Case Number 7459. This determination involved allegations of evasion of the antidumping (A-570-090) and countervailing (C-570-091) duty orders on steel trailer wheels 12 to 16.5 inches in diameter ("steel trailer wheels") from the People's Republic of China. *See Certain Steel Trailer Wheels 12 to 16.5 Inches from the People's Republic of China: Antidumping Duty and Countervailing Duty Orders*, 84 Fed. Reg. 45952 (Dep't Commerce Sept. 3, 2019) ("AD/CVD Orders").

The Plaintiff, Consolidated-Plaintiffs, Proposed Plaintiff-Intervenor, Defendant and Defendant-Intervenor (collectively, the "Parties") believe that the Court has jurisdiction over this action pursuant to 28 U.S.C. § 1581(c) as this action is taken pursuant to 19 U.S.C. § 1517. The Parties are not aware of any basis to challenge the Court's jurisdiction.

B.    **Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?**

In light of the Court's order dated March 11, 2024 to consolidate case numbers 24-00020 and 24-00021 with lead case 24-00019 (ECF No. 23), all parties believe this consolidated action should not be consolidated further with any other case. All parties agree that no portion of this case should be severed.

    **C.**    **Should further proceedings in this case be deferred pending consideration of another case before the Court or any other tribunal and the reason therefor?**

The Plaintiff, Consolidated-Plaintiffs, Proposed Plaintiff-Intervenor, and Defendant agree that further proceedings should be deferred pending consideration of another case before this Court. *Asia Wheel Co., Ltd., et. al. v. United States*, Consolidated Court Number 23-00096, is an appeal of a scope ruling by the U.S. Department of Commerce involving the exact covered merchandise at issue in the underlying EAPA investigation. The Court's determination in *Asia Wheel Co, Ltd. et al. v. United States*, Consolidated Court Number 23-00096, may directly impact the agency determination in this matter because that case involves a challenge to the scope ruling that was relied upon by CBP in making its affirmative evasion determination. Plaintiff, Consolidated Plaintiffs, Proposed-Plaintiff Intervenor, and Defendant believe that staying this appeal pending the outcome of *Asia Wheel Co., Ltd., et. al. v. United States*, Consolidated Court Number 23-00096 would conserve judicial and the parties' resources. Defendant-Intervenor does not take a position on the proposed stay, but leaves to the opinion of the Court if a stay is advisable.

    **D.**    **Is there any other information of which the Court should be aware at this time?**

The parties do not believe there is any other information of which the Court should be aware at this time.

**II.**    **PROPOSED BRIEFING SCHEDULE**

Because the parties will file a motion to stay, a briefing schedule is not being proposed at this time. In the event the motion to stay is granted, a joint status report will be filed 14 days from final resolution of Consol. Court No. 23-00096, including all appeals or time for appeals. If the

motion to stay is denied, the parties will provide a proposed briefing schedule within 14 days of the order denying the motion to stay.

             Respectfully submitted,

April 12, 2024        **/s/ Nancy A. Noonan**
             Leah N. Scarpelli
             Yun Gao
             ARENTFOX SCHIFF LLP
             1717 K Street, NW
             Washington, D.C. 20006
             Tel: (202) 857-6479
             Fax: (202) 857-6395
             Email: Nancy.noonan@afslaw.com

             *Attorneys for Dexter Distribution Group LLC f/k/a TexTrail, Inc.*

             **/s/ Robert Kevin Williams**
             Robert Kevin Williams
             Kelsey Christensen
             Mark Rett Ludwikowski
             Sally Alghazali
             Clark Hill PLC
             130 E. Randolph Street
             Suite 3900
             Chicago, IL 60601
             (312) 985-5907
             Fax: (312) 985-5956
             Email: kwilliams@clarkhill.com

             *Attorneys for Lionshead Specialty Tire and Wheel LLC*


             **/s/ Jordan Charles Kahn**
             Alan R. Klestadt
             Jordan Charles Kahn

             Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
             1201 New York Avenue, NW.
             Suite 650
             Washington, DC 20005
             (202) 783-6881

Fax: (202) 783-0405
Email: jkahn@gdlsk.com

*Attorneys for Trailstar LLC*

**/s/ Jay Charles Campbell**
Jay Charles Campbell
White & Case, LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3632
Fax: (202) 639-9355
Email: jcampbell@whitecase.com

*Attorney for Asia Wheel Co., Ltd.*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Monica P. Triana
MONICA P. TRIANA
Senior Trial Counsel

/s/ Mathias Rabinovitch
MATHIAS RABINOVITCH
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Suite 346
New York, New York 10278

Chelsea Athena Reyes
U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 531-2142
Email: chelsea.reyes@cbp.dhs.gov

5

*Attorneys for Defendant, United States*

**/s/ Nicholas J. Birch**
Roger Brian Schagrin
Alessandra A. Palazzolo
Christopher Todd Cloutier
Elizabeth Jackson Drake
Jeffrey David Gerrish
Justin M. Neuman
Luke Anthony Meisner
Michelle Rose Avrutin
Nicholas Joel Birch
Nicholas Phillips
Saad Younus Chalchal
William A. Fennell
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
(202) 223-1700
Fax: (202) 429-2522
Email: rschagrin@schagrinassociates.com

*Attorneys for Dexstar Wheel Division of Americana Development, Inc.*

6