U.S. COURT OF INTERNATIONAL TRADE

_____

|  |  |  |
|---|---|---|
| DEXTER DISTRIBUTION GROUP LLC, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | Court No. 24-00019 |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

_____ :

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the undersigned will no longer be with

U.S. Customs and Border Protection as of January 23, 2026 and may be removed as counsel

for U.S. Customs and Border Protection in this matter.

Respectfully submitted,

Chelsea Reyes

/s/ Chelsea A. Reyes
CHELSEA A. REYES
Senior Attorney
U.S. Customs and Border Protection
1300 Pennsylvania Avenue NW
Washington, D.C. 20229
202-531-2142

Dated: January 20, 2026